**No. 11-5459. Rickey Scott, Jr., Petitioner v. United States.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5897.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 418 Fed. Appx. 548.